STATE EX REL. THOMAS WALSH *v.* GEORGE P. SULLIVAN

The motion by the defendant to strike the assignment of errors in the appeal from the Superior Court in New Haven County is denied.

*E. Francis Riccio,* on the motion.

Submitted March 15—decided April 5, 1966

DONALD VACHON *v.* ANDREW P. TOMASCAK ET AL.

The motion by the plaintiff for judgment in his favor in the appeal from the Court of Common Pleas in Litchfield County is denied.

*Harry Cohen,* for the appellant (plaintiff).

*David S. Grossman,* for the appellees (defendants).

Argued April 5—decided April 7, 1966

MARIE H. O'BRIEN *v.* MATTHEW H. O'BRIEN

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Daniel B. Badger,* for the appellee (plaintiff).

*J. Kenneth Bradley,* for the appellant (defendant).